

**EXHIBIT B**


Jake Gilbert
Gilbert Law PLLC
99 Wall Street #1748
New York, NY 10005
[jake@gilbertlaw.co](mailto:jake@gilbertlaw.co)
646.580.6733

June 28, 2024

Anna Elizabeth
Magic & Miracles
[Ae7733@gmail.com](mailto:Ae7733@gmail.com)
[Magicnmiracles7@gmail.com](mailto:Magicnmiracles7@gmail.com)
917-648-2745

Re:     Cease and Desist Demand – Traci Armstrong & Your Muse Traci LLC

Dear Ms. Elizabeth,

This office represents Traci Armstrong ("Ms. Armstrong") and Your Muse Traci LLC ("YMT") (collectively, "Plaintiffs") with respect to certain unlawful actions you have taken both individually and on behalf of Magic & Miracles, which we believe is a sole proprietorship or D/B/A that you presently operate. Since your termination of Ms. Armstrong's coaching contract on or about March 19, 2024, you have engaged in a campaign of unlawful interference and defamation against Plaintiffs' coaching business on baseless grounds.

**First**, you have filed a number of false copyright strikes with YouTube against Plaintiffs' videos. Included among these are Plaintiffs' videos titled:

- "Your SP will change when you change! #lawofassumption #nevillegoddard #manifestation" (https://youtu.be/s9JWdVMq3Vo),
- "Does Your SP Have Free Will?? lawofassumption #manifestation #nevillegoddard #specificperson" (https://youtu.be/dx7uHmL4I_s),
- "Your SP is Your Canvas!! #manifestation #lawofassumption #nevillegoddard #specificperson" (https://youtu.be/q-ooYzEB0kY),
- "Circumstances Never Matter!! #lawofassumption #nevillegoddard #manifestation #specificperson" (https://youtu.be/xhK6dw_dlBk),
- "Everything is Waiting on You! #manifestation #lawofassumption #nevillegoddard #lawofattraction" (https://youtu.be/bcN4ZQ9B0q0),
- "What Your SP or Anyone is Thinking! #lawofassumption #lawofattraction #manifest #nevillegoddard" (https://youtu.be/m39SB2JpVw8),
- "Your SP Wants Exactly What you Want #nevillegoddard #lawofassumption #manifestation #specificperson" (https://youtu.be/0ClSyauG1cw), and

- "Is it Delusion or Creation? #lawofassumption #nevillegoddard #lawofattraction #specificperson" (https://www.youtube.com/watch?v=utqtTqqbfEM).

You based the removal requests on your videos, including but not limited to: "The Magic Trick That Changes Everything", and "Your SP Has No Free Will". However, none of the claims you based your takedown requests on have any support under the law, and your misuse of the copyright system, and the Digital Millenium Copyright Act ("DMCA") (Pub L. 105-304).

The DMCA allows copyright holders to request that infringing content be taken down from web platforms. 17 U.S.C. 512(g). Under this law, platforms like YouTube rely on accurate representations from parties requesting that material get taken down. When copyright holders provide false statements as to whether the targeted material is infringing, they are liable for "any damages, including costs and attorneys' fees, incurred by the alleged infringer… who is injured by such misrepresentation[.]" 17 U.S.C. 512(f). This is exactly what you have done here, which subjects you to liability for Plaintiffs' damages *and* their attorney's fees.

Specifically, your assertions that Plaintiffs' videos (listed above) infringed on your copyrights was entirely baseless. For one work to infringe on another, an "ordinary observer" must be able to recognize that the alleged copy appropriated from the copyrighted work. *Warner Bros. v. ABC*, 654 F.2d 204 (2d Cir. 1981). Importantly, copyright law protects expressions of ideas, not the ideas themselves. *Holmes v. Hurst*, 174 U.S. 82, 86 (1899). Therefore, for your copyright strikes to have been lawful, you would have to be able to identify protectable elements of your videos that an ordinary observer would recognize as expropriated. The ideas expressed in your videos are not copyrightable because they are only "generalized ideas or themes". *Warner Bros.*, 654 F.2d at 208-09. Because you are unable to point to exact language that was repeated, or any other *protectable* element of your videos and you have been aware that these claims were not truthful when made, you have knowingly misrepresented material facts on which your YouTube strikes were made. Therefore, you will be held liable for Plaintiffs' damages under 17 U.S.C. 512(f), which are presently in the tens of thousands of dollars and increasing every day that your wrongful strikes remain issued.

Plaintiffs will withhold filing an action in federal court against you for material misrepresentations under 17 U.S.C. 512(f) only if you immediately agree to revoke your YouTube strikes against Plaintiffs' videos and refrain from filing any further baseless strikes.

**Similarly**, you have filed baseless claims with the Copyright Claims Board ("CCB") (Docket Nos. 24-CCB-0135, 24-CCB-0136 & 24-CCB-0148), presumably in an attempt to pressure Plaintiffs from reasonably and lawfully competing with you. While the CCB's June 26, 2024, correspondence

explained that your submissions lacked several required elements and therefore would be rejected and dismissed without prejudice, the CCB also described the legal shortcomings of your filings.

First, your applications for copyrights were not filed when you filed the CCB complaints, invalidating the complaint. *Fourth Estate Public Benefit Corp. v. Wall-Street.com, LLC*, 586 U.S. ____ (2019). Next, you did not allege that Plaintiffs' works and yours are substantially similar – a legal standard mandatory to establish infringement when there is no evidence of direct copying. *Abdin v. CBS Broad., Inc.*, 971 F.3d 57 (2d Cir. 2020). Going even further, the CCB stated that "You have not shown a basis for your general allegations that the respondent's videos include extensive, verbatim quotes from any allegedly infringed works, and you have not shown any other basis to find that expressive material in those works is substantially similar."

The CCB made plain note of the deficiencies in your claims, which evidence the impropriety of your original copyright strikes made against Plaintiffs' YouTube videos. If you do not cease and desist in filing further baseless CCB claims, Plaintiff will be forced to seek relief against you in federal court to have the CCB cases dismissed, and potentially sanctions imposed on you for misusing the CCB and wasting their resources.

**Lastly**, you have posted defamatory content about Ms. Armstrong across social media platforms, negatively affecting her business and reputation. Such actions constitute defamation, defamation per se, and trade libel and have injured Plaintiffs' business relationships with YouTube and with numerous individuals and businesses who may have hired or worked with Plaintiffs but for your false statements.

For example, over the last two months on Reddit, you have posted a series of times about Plaintiffs asserting a vast spectrum of incorrect factual statements.[1] Sample untrue statements include: "[i]Instead, I started noticing that on her channel she would copy my videos word for word and started claiming that my coaching program was actually hers and that she came up

---

[1] Posts on your business' subreddit include:
https://www.reddit.com/r/MagicandMiracles/comments/1d0qym6/your_muse_traci_is_a_fraud/?rdt=59532,
https://www.reddit.com/r/MagicandMiracles/comments/1chpey7/traci_armstrong_aka_yourmusetraci_admits_she_is_a/,
https://www.reddit.com/r/MagicandMiracles/comments/1chq897/traci_armstrong_aka_your_muse_traci_admits_to/, https://www.reddit.com/r/LOACoachSnark/comments/1atgre0/comment/l3lbm4r/,
https://www.reddit.com/r/MagicandMiracles/comments/1cg2j37/the_magic_of_energy_and_thank_you_traciinfo/,
and
https://www.reddit.com/user/annaelizabethI/comments/1d0qx0a/your_muse_traci_coach_is_a_scam_and_a/.

with it herself[,]" "[s]he has engaged in incessant harassment on. y own YouTube channel under the guise of fake accounts, constantly posting nasty harassing comments and interfering with me answering viewers's [sic] questions[,]" "[s]he's a pathological liar. She stole the contacts illegally and then played victim. She broke the law." Further, such posts received comment (see, e.g. https://www.reddit.com/r/MagicandMiracles/comments/1d0qym6/comment/l74o3w7), evidencing the spread of your defamatory statements.

Continuing to post new defamatory statements and leaving the aforementioned statements online continue to damage Plaintiffs reputations and business relationships. Plaintiffs have lost clients and revenue as a result of your statements. If you do not immediately cease and desist from further posting and take down the existing defamatory posts, Plaintiffs will seek relief in federal court for monetary and injunctive relief.

Ms. Armstrong and YMT hereby reserve all rights to seek financial and injunctive relief in a court of competent jurisdiction if you do not respond within ten (10) days of receiving this correspondence agreeing to cease and desist: 1) unlawfully misusing the copyright strike system on YouTube with respect to Plaintiffs' videos; 2) unlawfully misusing the Copyright Claims Board by filing baseless claims against Plaintiffs; and 3) posting defamatory content about Plaintiffs on various social media platforms as cataloged herein. You also must agree to dismiss and cease from refiling claims against Plaintiffs with the Copyright Claims Board or any other arbitral or judicial body. Please forward all correspondence to this office and do not contact Ms. Armstrong directly.

Do not hesitate to reach out if you would like to discuss any of the herein demands.

Sincerely,
Jake Gilbert