UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Traci Armstrong, and Your Muse Traci, LLC,

                Plaintiffs,

-against-

Anna Elizabeth, and Magic & Miracles,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _12/12/2024_

24 Civ. 6956 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    By order dated November 19, 2024, the Court extended the parties' deadline to file their joint letter and proposed case management plan to December 10, 2024. ECF No. 16. Those submissions are now overdue. Accordingly, by **January 6, 2025**, the parties shall file their joint letter and proposed case management plan.

    SO ORDERED.

Dated: December 12, 2024
       New York, New York

_____
ANALISA TORRES
United States District Judge