UNITED STATES DISCTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------x
TRACI ARMSTRONG and YOUR MUSE TRACI, LLC,   Index No.: 653938/2021

        Plaintiff,

-against-        **<u>AFFIDAVIT OF SERVICE</u>**

ANNA ELIZABETH and MAGIC & MIRACLES,

        Defendants.
-------------------------------------------x

STATE OF NEW JERSEY )
        ) ss.:
COUNTY OF UNION   )

  **JOELLE MANNING**, being duly sworn, deposes and says:

  Deponent is not a party to this action, is over 18 years of age and resides in Summit, New Jersey.

  On the 6th day of January, I served a copy of the within Motion to Withdraw as Counsel via email and by depositing a true copy of the same enclosed in a post-paid properly addressed wrapper, in an official depository for overnight mailing under the exclusive care and custody of Federal Express to Defendants at the last known addresses set forth below:

*Defendant*
Anna Elizabeth
20 East 66th Street, 5A
New York, New York 10065
AE7733@GMAIL.COM

Magic & Miracles
*Defendant*
c/o Anna Elizabeth
20 East 66th Street, 5A
New York, New York 10065

            Signed by:
            *Joelle Manning*
            17172DB5FBAC4D3...
            JOELLE MANNING
            1/6/2025

Sworn to before me on this
6th day of January 2025

_____
NOTARY PUBLIC

        Asia Renee Diaz
        Notary Public, State of New York
        No. 01DI6442566
        Qualified in New York County
        Commission Expires October 17, 2026