```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _2/7/2025_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Traci Armstrong, and Your Muse Traci, LLC,

                        Plaintiffs,

-against-

Anna Elizabeth, and Magic & Miracles,

                        Defendants.

24 Civ. 6956 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The Court has reviewed Defendants' letter at ECF No. 24.  By **March 7, 2025**, Defendants shall retain new counsel.  By **April 4, 2025**, Defendants shall respond to Plaintiffs' complaint.  By **April 18, 2025**, the parties shall submit their joint letter and proposed case management plan.  *See* ECF No. 7.

      The Clerk of Court is respectfully directed to mail a copy of this order to Defendants *pro se*.

      SO ORDERED.

Dated: February 7, 2025
       New York, New York

                                                        ANALISA TORRES
                                               United States District Judge