**THE LINDEN LAW GROUP, P.C.**
**250 Park Avenue, 7th Floor**
**New York, New York 10177**
**(212) 655-9536**

---

March 7, 2025

**Via ECF**

Hon. Analisa Torres, U.S.D.J.
United States District Court, S.D.N.Y.
500 Pearl Street
New York, NY 10007

      Re:   *Armstrong v. Elizabeth*
              Docket No: 24-cv-06956 (AT)

Dear Judge Torres:

    Per Your Honor's Order at ECF Doc #25 on February 7, 2025, Defendant Anna Elizabeth is in the process of retaining this firm to defend her in this case.

    I expect to receive an executed retainer agreement from Ms. Elizabeth later today. I also expect to file Ms. Elizabeth's response to the Complaint by the Court's April 4, 2025 deadline.

    Thanking the Court for its consideration in this matter.

                                        Very truly yours,

                                        *Jeffrey Benjamin*
                                        Jeffrey Benjamin, Esq.