UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X

TRACI ARMSTRONG and YOUR MUSE TRACI, LLC,

    Plaintiffs,

v.

ANNA ELIZABETH and MAGIC & MIRACLES,

    Defendants.
----------------------------------------X

Civ Act. No: 24-cv-6956 (AT)(RFT)

**ANSWER and**
**AFFIRMATIVE DEFENSES**

Defendants ANNA ELIZABETH and MAGIC & MIRACLES INC, erroneously sued herein as MAGIC & MIRACLES, by their attorneys, THE LINDEN LAW GROUP, P.C. as and for their Answer and Affirmative Defenses to the Plaintiffs' Complaint states as follows:

1. Defendants deny knowledge or information sufficient to form a belief as to the allegations contained in this Paragraphs 4, 5, 6, 12, 13, 14, 15, 16, 18, 19, 22, 29, 31, 32, 33, 34, and 44 of the Complaint.

2. Defendants deny upon information and belief the allegations contained in Paragraphs 1, 17, 20, 21, 25, 26, 28, 36, 40, 43, 46, 49, 51, 52, 53, 54, 55, 57, 58, 59, 60, 61, and 62 of the Complaint.

3. Defendants deny the allegations contained in Paragraphs 2, 3, 9, 10, 11, 35, 38, 39, 47, and 48, of the Complaint, and refer all questions of law to the Court.

**FIRST AFFIRMATIVE DEFENSE**

The Complaint fails to state a claim upon which relief can be granted.

**SECOND AFFIRMATIVE DEFENSE**

Plaintiffs' claim is barred in whole or in part by LLC Law § 808(a).

## THIRD AFFIRMATIVE DEFENSE

Plaintiffs cannot demonstrate injury, impact, case, controversy or damage as a result of any actions or omissions by Defendant(s).

## FOURTH AFFIRMATIVE DEFENSE

Plaintiff failed to mitigate damages if any.

## FIFTH AFFIRMATIVE DEFENSE

The allegedly defamatory statements that are the subject of the causes of action in Plaintiffs' Complaint are true and accurate or they are statements of opinion.

## SIXTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred by unclean hands.

## SEVENTH AFFIRMATIVE DEFENSE

Plaintiffs have failed to allege one or more of the legally required elements of their statutory and/or common law causes of action.

## EIGHTH AFFIRMATIVE DEFENSE

Plaintiff has no standing to sue.

## NINTH AFFIRMATIVE DEFENSE

The allegedly defamatory statements that are the subject of the causes of action set forth Plaintiffs' Complaint are subject to the qualified common or public interest privilege.

## TENTH AFFIRMATIVE DEFENSE

Plaintiffs' Complaint fails to meet the particularity requirements of CPLR § 3016(a).

## ELEVENTH AFFIRMATIVE DEFENSE

Plaintiffs' alleged injuries damages, if any, were caused by third parties over whom Defendants had no control and for whose actions Defendants are not liable.

## TWELFTH AFFIRMATIVE DEFENSE

Any of Plaintiffs' claims for damages are diminished by the culpable conduct attributable to Plaintiffs' and/or other parties not named herein.

## THIRTEENTH AFFIRMATIVE DEFENSE

Plaintiffs' claims fail for subject matter jurisdiction.

**WHEREFORE**, Defendants respectfully requests this Court to grant judgment in their favor, order all claims of the complaint dismissed in its entirety and with prejudice, including reasonable attorneys' fees, and such other, further and different relief as the Court may deem just and proper.

Dated: New York, New York
April 4, 2025

**THE LINDEN LAW GROUP, P.C.**

*Jeffrey Benjamin, Esq*
250 Park Avenue, 7th Floor
New York, New York 10177
Tel (212) 655-9536
*Attorneys for Defendants*