UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Traci Armstrong, and Your Muse Traci, LLC,

                Plaintiffs,

-against-

Anna Elizabeth, and Magic & Miracles,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _4/21/2025_

24 Civ. 6956 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    By order dated September 16, 2024, the Court directed the parties to submit their joint letter and proposed case management plan by November 18. ECF No. 7. The Court granted the parties' motion to extend that deadline to December 10, ECF No. 16, and then, when the parties failed to make their submission, the Court *sua sponte* extended the deadline to January 6, 2025, ECF No. 19. Upon the request of the parties, the Court extended the deadline to January 17, ECF No. 21, and when Defendants' attorney withdrew, the Court pushed the deadline to March 7, ECF No. 23, and then to April 18, ECF No. 25. The parties have yet to make their submission.

    Accordingly, by **April 28, 2025**, the parties shall submit their joint letter and proposed case management plan. Plaintiffs are advised that failure to comply with this order may result in dismissal pursuant to Federal Rule of Civil Procedure 41(b).

    SO ORDERED.

Dated: April 21, 2025
       New York, New York

                                            ANALISA TORRES
                                       United States District Judge