```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _4/29/2025_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Traci Armstrong, and Your Muse Traci, LLC,

                        Plaintiffs,

-against-

Anna Elizabeth, and Magic & Miracles,

                        Defendants.

24 Civ. 6956 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      On April 28, 2025, the parties submitted a jointly proposed case management plan indicating that they consent to conducting all further proceedings before a magistrate judge. ECF No. 29 ¶ 1. Accordingly, and per the Court's order at ECF No. 8, counsel for Defendants shall, by **May 2, 2025**, file a fully executed Notice, Consent, and Reference of a Civil Act to a Magistrate Judge form, available at https://nysd.uscourts.gov/node/754, on the public docket.

      SO ORDERED.

Dated: April 29, 2025
       New York, New York

                                                    ANALISA TORRES
                                           United States District Judge