```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/5/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Traci Armstrong, and Your Muse Traci, LLC,

                      Plaintiffs,

-against-

Anna Elizabeth, and Magic & Miracles,

                      Defendants.

24 Civ. 6956 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On April 28, 2025, the parties submitted a jointly proposed case management plan indicating that they consent to conducting all further proceedings before a magistrate judge. ECF No. 29 ¶ 1. By order dated April 29, 2025, the Court directed counsel for Defendants to file a fully executed Notice, Consent, and Reference of a Civil Act to a Magistrate Judge form, available at https://nysd.uscourts.gov/node/754, on the public docket. ECF No. 30. On May 2, 2025, counsel filed said Notice, Consent, and Reference. ECF No. 31. However, the notice is deficient because it does not list all parties and their attorneys, nor does it contain wet ink signatures from each party or its attorney.

    Accordingly, by **May 9, 2025**, counsel for Defendants shall re-file the Notice, Consent, and Reference. The lefthand column must contain the name of each party **and** each party's attorney. The middle column must contain wet ink signatures.

    SO ORDERED.

Dated: May 5, 2025
       New York, New York

                                                  ANALISA TORRES
                                         United States District Judge