May 7th, 2025

Re: Case 1:24-cv-06956

Dear Honorable Judge Analisa Torres,

My name is Anna Elizabeth and I am part of this case.

I hope you will not mind that I'm taking the time to write to the court and explain from my side what has been occurring with the two attorneys that have been employed by me thus far.
In the case of Pitcoff, we had an agreement of answering the case with a motion for $5000, $8000 later there still was no answer and no motion. This is why the relationship disintegrated. They did not fulfill their obligation to me and I didn't have any faith that they would. This was repeatedly communicated to Jeffrey Benjamin from the onset of our intercations.
In the case of Jeffrey Benjamin, I'm extremely surprised that after our in depth conversations about the case and the state of my affairs because of it, Jeffrey decided to accuse me of being dishonest with him and being a dishonest person. When in fact, again, having paid $11,000 to him, I did not receive any reasonable updates or communications regarding the case, any decision that has been made on my behalf was not communicated to me, none of my emails with requests for a phone call to answer any questions I might have had were ever acknowledged.
I was completely transparent with Jeffrey about my physical and mental state lately, due to Plaintiff's actions and this case's

impact on my business and public reputation and relayed to him about my recent physical and mental break down, which led me to have to take time off from work so that I could recuperate. This resulted in a delay of paying him the remainder of $4000, as per our agreement.

This was communicated to him in no uncertain terms. There was never any refusal to pay his fees, there was just a delay. When, despite this, he expressed his decision to withdraw from this case, baselessly accusing me of being dishonest, I politely asked him to refund me the difference not used towards my case.

Instead, he engaged in threats of making me look really bad in court, and that this would derail my case. He continued to state lies about my reputation and the kind of person I am, that have no basis in truth, even after I asked him to stop his harassment three times on email. This is deeply troubling and concerning since I thought that my own lawyer was supposed to be on my side.

I am a good person, just trying to do the right thing in life. I've built a good name in my community and with people who look up to me, many of them are observing this case, my business relationships, my current clients and potential clients and I'm not about to have my entire livelihood and reputation damaged , on top of this baseless lawsuit, because of two untruthful lawyers, who simply wanted to get a lot of money but not fulfill their duties.

If it's at all possible to ask for time to retain a new attorney, I would really appreciate it.

I sincerely apologize for any delay or frustration this causes to the court, however my entire livelihood is on the line here and I

would like to be represented by an attorney who isn't trying to be my enemy.

Attached please find supporting evidence. The last email is in response to me informing the court of his threats, continuing to harass me by saying " Great Job".

Anna Elizabeth

*A. Elizabeth*

5.7.25