Back · 15 Messages

**Siri Found a Contact**
Jeffrey Benjamin
jbenjamin@nyfraudlaw.com

Add · ✕

↩ JB **Jeffrey Benjamin** · Monday
To: Anna Elizabeth I ›

# Motion to withdraw

I am filing my firms motion to withdraw now. Do not send final payment

_____

**Jeffrey Benjamin, Esq.**
THE LINDEN LAW GROUP, P.C.
250 Park Avenue, 7th Floor
New York, New York 10177
(212) 655-9536

_____

**\*\*\*CONFIDENTIAL\*\*\*** This e-mail and any related replies and attachments are sent by an attorney and may contain confidential information that is legally privileged. If you are not the intended recipient, or responsible to deliver it, you are hereby notified that any disclosure, copying, distribution or other use of any information contained herein or attached hereto is STRICTLY PROHIBITED. If you have received this transmission in error, please notify us immediately by reply e-mail, or by calling (212) 655-9536 and destroy the original transmission without reading or saving same.

↩

AI **Anna Elizabeth I** · Monday
Excuse me? So should I dispute my pay…

**Jeffrey Benjamin** · Monday