..., you are hereby notified that any disclosure, copying, distribution or other use of any information contained herein or attached hereto is STRICTLY PROHIBITED. If you have received this transmission in error, please notify us immediately by reply e-mail, or by calling (212) 655-9536 and destroy the original transmission without reading or saving same.

---

Found in Gmail Sent Mailbox

**Anna Elizabeth I**     Monday
To: Jeffrey Benjamin

Excuse me? So should I dispute my payments to you?

> On May 5, 2025, at 3:51 PM, Jeffrey Benjamin <jbenjamin@nyfraudlaw.com> wrote:

See More

---

**Jeffrey Benjamin**     Monday
To: Anna Elizabeth I

If you do, we will sue you for theft of services and inform the court you are in now. I have no tolerance to represent a dishonest person

-----Original Message-----
From: "Anna Elizabeth I" <ae7733@gmail.com>
Sent: Monday, May 5, 2025 4:12pm