On May 5, 2025, at 1:43 PM, Anna Elizabeth I <ae7733@gmail.com> wrote:

See More

---

**Siri Found a Contact**
Jeffrey Benjamin
jbenjamin@nyfraudlaw.com    **Add**   ✕

---

**Jeffrey Benjamin**    Monday
To: Anna Elizabeth I ›

I want nothing more to do with you. My motion is about to make you look worse than you already do with the Court and the Plaintiff against you.

I can hold off on the motion if you get another lawyer. Do it now and do not delay.

---

**Jeffrey Benjamin, Esq.**
THE LINDEN LAW GROUP, P.C.
250 Park Avenue, 7th Floor
New York, New York 10177
(212) 655-9536

---

**\*\*\*CONFIDENTIAL\*\*\*** This e-mail and any related replies and attachments are sent by an attorney and may contain confidential information that is legally privileged. If you are not the intended recipient, or responsible to deliver it, you are hereby notified that any disclosure, copying, distribution or other use of any information contained herein or attached hereto is STRICTLY PROHIBITED. If you have received this transmission in error, please notify us immediately by reply e-mail, or by calling (212) 655-9536 and destroy the original transmission without reading or saving same.