5:52

Back   **Motion to withdraw**   15 Messages

See More

**Anna Elizabeth I**  Monday
Wow. I'm going to speak with the DA's of…

**Jeffrey Benjamin**  Monday
To: Anna Elizabeth I

Unfortunately you dont have that time. I am making the motion to withdraw which will cast you in an even worse light. Get your third lawyer now and have that person appear immediately.

I warned you about this when I saw what your prior lawyer filed against you. You now tricked a second law firm into believing you. But there is a path for you to avoid that motion if you act today.

Otherwise, do what you will, and create another enemy for yourself.

-----Original Message-----
From: "Anna Elizabeth I" <ae7733@gmail.com>
Sent: Monday, May 5, 2025 5:36pm
To: "Jeffrey Benjamin" <jbenjamin@nyfraudlaw.com>
Subject: Re: Motion to withdraw

Wow. I'm going to speak with the DA's office tomorrow first thing and see how I can get help