5:53

Back   **15 Messages**
Motion to withdraw

See More

**Jeffrey Benjamin**  Monday
To: Anna Elizabeth I

I will make the motion to withdraw this week. Bad choice.

-----Original Message-----
From: "Anna Elizabeth I" <ae7733@gmail.com>
Sent: Monday, May 5, 2025 5:52pm
To: "Jeffrey Benjamin" <jbenjamin@nyfraudlaw.com>
Subject: Re: Motion to withdraw

I think you should stop sending me these nonsensical emails now.
I didn't trick anyone. You got paid a lot of money to not answer my emails, to make decisions in court without my consent. I'm owed that balance back.
You didn't want to wait for the rest of the money, that's your prerogative. Doesn't make me a dishonest person , I explained to you: I have nobody to help me. I suffered a meltdown. Don't want to understand? The way I'm still recovering: I don't care. My wellbeing is more precious than your horrible "opinion" you're trying to bully and harass me with.
It's none of your concern how I look, the truth always wins.