See More

**Jeffrey Benjamin** — Monday
To: Anna Elizabeth I

We scheduled discovery in the case. Get another lawyer now, or I will file a motion that will make you look terrible.

-----Original Message-----
From: "Anna Elizabeth I" <ae7733@gmail.com>
Sent: Monday, May 5, 2025 8:06pm
To: "Jeffrey Benjamin" <jbenjamin@nyfraudlaw.com>
Subject: Re: Motion to withdraw

Jeff,
I'm REALLY tired of repeating myself 55 times and for you to still not hear me.
One more time: Pitcoff was a complete waste of time and money, and you're on record acknowledging it, that they didn't do things the right way and it cost way too much for having zero results, not even a motion. This is why I stopped paying. What they submitted to the court is self serving, as I'm sure you would understand.
Also, again, this IS more than affordable for me. And again, you received 11k within a month's time from me, did you not? Pitcoff never got this much upfront from me, if you're so obsessed with that comparison. Unfortunately, you're catching me at a moment in time of this case where I'm emotionally exhausted