**Jeffrey Benjamin**  11:09 AM
To: Anna Elizabeth l >

# FW: Activity in Case 1:24-cv-06956-AT Armstrong et al v. Elizabeth et al Letter

Great job. Now I file my response to this.

-----Original Message-----
From: NYSD_ECF_Pool@nysd.uscourts.gov
Sent: Wednesday, May 7, 2025 10:43am
To: CourtMail@nysd.uscourts.gov
Subject: Activity in Case 1:24-cv-06956-AT Armstrong et al v. Elizabeth et al Letter

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\***
**Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**