UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Traci Armstrong, and Your Muse Traci, LLC,

                              Plaintiffs,

              -against-

Anna Elizabeth, and Magic & Miracles,

                              Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _5/13/2025_
```

24 Civ. 6956 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court has reviewed the letters at ECF Nos. 33 through 35.  By **May 15, 2025**, counsel for Defendant, Jeffrey Benjamin, shall inform the Court whether he did in fact author the emails attached as exhibits to ECF No. 35.

SO ORDERED.

Dated: May 13, 2025
        New York, New York

ANALISA TORRES
United States District Judge