UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Traci Armstrong, and Your Muse Traci, LLC,

                                    Plaintiffs,

                    -against-

Anna Elizabeth, and Magic & Miracles,

                                    Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  5/28/2025

24 Civ. 6956 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed Defendant Anna Elizabeth's letter dated May 23, 2025.  ECF No. 40.  Her request is GRANTED.  By **June 27, 2025**, Defendants shall retain new counsel.  By that same date, Defendants' counsel shall file a notice of appearance on the docket.

    SO ORDERED.

Dated: May 28, 2025
       New York, New York

                                    ANALISA TORRES
                                    United States District Judge