```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/30/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Traci Armstrong, and Your Muse Traci, LLC,

                Plaintiffs,

-against-

Anna Elizabeth, and Magic & Miracles,

                Defendants.

24 Civ. 6956 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed Defendant Anna Elizabeth's letter dated June 26, 2025. ECF No. 42. Her request is GRANTED. By **July 31, 2025**, Defendants shall retain new counsel. By that same date, Defendants' counsel shall file a notice of appearance on the docket.

    SO ORDERED.

Dated: June 30, 2025
       New York, New York

                                          ANALISA TORRES
                                       United States District Judge