```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _9/3/2025_____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Traci Armstrong, and Your Muse Traci, LLC,

                          Plaintiffs,

-against-

Anna Elizabeth, and Magic & Miracles,

                          Defendants.

24 Civ. 6956 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      By order dated May 19, 2025, the Court directed Defendant Magic & Miracles ("Magic & Miracles"), a sole proprietorship, to appear with counsel by May 27 because a sole proprietorship is not permitted to proceed *pro se* in federal court. *See* ECF No. 39; *Lattanzio v. COMTA*, 481 F.3d 137, 140 (2d Cir. 2007). At Defendant Anna Elizabeth's request, the Court extended that deadline to June 27, *see* ECF No. 41, then again to July 31, *see* ECF No. 43. The Court most recently extended the deadline for Magic & Miracles to appear with counsel to August 31 and reminded Magic & Miracles that it must be represented by counsel to appear in federal court, or it would risk default against it. *See* ECF No. 46; *Kaplan v. Bank Saderat PLC*, 77 F.4th 110, 116 n.8 (2d Cir. 2023). Magic & Miracles, once again, has not appeared with counsel by the date ordered by the Court.

      Accordingly, by **September 30, 2025**, Plaintiffs shall initiate default judgment proceedings pursuant to Attachment A of this Court's Individual Practices in Civil Cases or otherwise take steps to prosecute this action. Failure to do so may result in dismissal pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. *See Blair v. Moore Med., LLC*, No. 21-1424-cv, 2022 WL 1493743, at *1 (2d Cir. May 12, 2022) (summary order).

      SO ORDERED.

Dated: September 3, 2025
       New York, New York

                                                                  ANALISA TORRES
                                                 United States District Judge