```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/25/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Traci Armstrong, and Your Muse Traci, LLC,

                          Plaintiffs,

-against-

Anna Elizabeth, and Magic & Miracles,

                          Defendants.

24 Civ. 6956 (AT)

**ORDER**

ANALISA TORRES, District Judge:

       The Court is in receipt of Defendant Anna Elizabeth's letter dated October 29, 2025, which states that she has not properly been served by Plaintiffs with "the papers of this lawsuit" and that "there is no real proof" of her proper service. ECF No. 57. Because Defendant is now appearing *pro se*, she is required to provide an updated address to the Court. Plaintiff may also request permission to file documents electronically by completing the form available at https://www.nysd.uscourts.gov/forms/motion-permission-electronic-case-filing-pro-se-cases. Finally, Plaintiff may consent to electronic service to receive notifications of court filings by email, rather than relying on regular mail delivery, by completing the form available at https://www.nysd.uscourts.gov/forms/consent-electronic-service-pro-se-cases.

       Accordingly, by **December 8, 2025**, Defendant Anna Elizabeth shall update the Court with her current address.

       SO ORDERED.

Dated: November 25, 2025
       New York, New York

                                                     ANALISA TORRES
                                          United States District Judge