UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Traci Armstrong, and Your Muse Traci, LLC,

Plaintiffs,

-against-

Anna Elizabeth, and Magic & Miracles,

Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _12/18/2025_

24 Civ. 6956 (AT)

**ORDER**

ANALISA TORRES, District Judge:

By order dated November 25, 2025, the Court directed *pro se* Defendant Anna Elizabeth to provide an updated address to the Court. ECF No. 58. By letter dated December 5, 2025, Defendant Anna Elizabeth indicated that she feels providing her address would put her in "imminent danger." Def. Ltr. at 1, ECF No. 59. Accordingly, by **December 23, 2025**, Defendant Anna Elizabeth shall either provide her address to the Court or request permission to file documents electronically by completing the form available at https://www.nysd.uscourts.gov/forms/motion-permission-electronic-case-filing-pro-se-cases. Defendant Anna Elizabeth may consent to electronic service to receive notifications of Court filings by email, rather than relying on regular mail delivery, by completing the form available at https://www.nysd.uscourts.gov/forms/consent-electronic-service-pro-se-cases.

Defendant Anna Elizabeth's letter also argues that "this court never had jurisdiction over [her] in the first place, because the Plaintiff failed to follow procedure and lied about it." Def. Ltr. at 1; *see also id.* at 2 ("I would kindly like to ask the court to dismiss this case with prejudice or to please give me time to file a motion to dismiss."). To the extent that Defendant Anna Elizabeth seeks to move to dismiss the claims against her for insufficient service of process, that defense was waived when she answered the complaint through her previous counsel. *See* Answer, ECF No. 27; *see also* Fed. R. Civ. P. 12(h)(1)("A party waives any defense listed in Rule 12(b)(2)–(5) [including a defense for insufficient service] by . . . failing to . . . include it in a responsive pleading"). Therefore, by **December 23, 2025**, Defendant Anna Elizabeth shall file a letter indicating whether she seeks to move to dismiss on another basis.

SO ORDERED.

Dated: December 18, 2025
New York, New York

ANALISA TORRES
United States District Judge