UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Traci Armstrong, and Your Muse Traci, LLC,

Plaintiffs,

-against-

Anna Elizabeth, and Magic & Miracles,

Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _1/23/2026_

24 Civ. 6956 (AT)

**ORDER**

ANALISA TORRES, District Judge:

By order dated May 5, 2025, the Court directed the parties to refile their fully executed Notice, Consent and Reference of a Civil Action to a Magistrate Judge ("Notice") by May 9, 2025. *See* ECF No. 32. The version of the Notice filed by Defendants at ECF No. 31 contained certain deficiencies, including that it failed to list all parties and their attorneys and did not contain wet-ink signatures from each party or its attorney. The parties have not updated the Court on whether they consent to conduct all further proceedings before the Honorable Robyn F. Tarnofsky.

Accordingly, by **February 6, 2026**, the parties shall jointly file a fully executed Notice, Consent, and Reference of a Civil Act to a Magistrate Judge form, available at https://nysd.uscourts.gov/node/754, on the public docket. If any party does not consent to conducting all further proceedings before Judge Tarnofsky, the parties must file a joint letter, by the **same date**, advising the Court that the parties do not consent, but without disclosing the identity of the party or parties who do not consent. The parties are free to withhold consent without negative consequences.

SO ORDERED.

Dated: January 23, 2026
New York, New York

_____
ANALISA TORRES
United States District Judge