UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Traci Armstrong, and Your Muse Traci, LLC,

Plaintiffs,

-against-

Anna Elizabeth, and Magic & Miracles,

Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/30/2026
```

24 Civ. 6956 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court has reviewed Defendant *pro se* Anna Elizabeth's letter dated December 22, 2025, which the Court received on January 28, 2026. *See* ECF Nos. 68 (letter dated January 28, 2026), 68-1 (letter dated December 22, 2025). In her December 22, 2025 letter, Anna Elizabeth states that she seeks to assert certain defenses and "reasons [why] this lawsuit should be dismissed with prejudice." *See* ECF No. 68-1. Although under to Rule IV(C) of the undersigned's Individual Practices in *Pro Se* Cases, available at https://nysd.uscourts.gov/hon-analisa-torres, pre-motion letters are not required in *pro se* cases, the Court construes Anna Elizabeth's letter as a pre-motion letter to dismiss. Accordingly, by **February 6, 2026**, Plaintiffs shall file a pre-letter motion in response. Thereafter, the Court may set a briefing schedule on Anna Elizabeth's contemplated motion to dismiss.

SO ORDERED.

Dated: January 30, 2026
New York, New York

_____
ANALISA TORRES
United States District Judge