UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Traci Armstrong, and Your Muse Traci, LLC,

Plaintiffs,

-against-

Anna Elizabeth, and Magic & Miracles,

Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/10/2026

24 Civ. 6956 (AT) (RFT)

**ORDER**

ANALISA TORRES, District Judge:

By order dated January 23, 2026, the Court directed the parties to either: (1) jointly file a fully executed Notice, Consent, and Reference of a Civil Action to a Magistrate Judge ("Notice") by February 6, 2026; or, (2) if any party does not consent to conducting all further proceeding before the Honorable Robyn F. Tarnofsky, jointly file a letter by the same date advising the Court that the parties do not consent, but without disclosing the identity of the party or parities who do not consent. *See* ECF No. 67. That submission is overdue.

Accordingly, by **February 18, 2026**, the parties shall update the Court regarding their consent to conduct all further proceedings before Judge Tarnofsky by filing a fully executed Notice or a joint letter stating that all parties do not consent, as described above.

SO ORDERED.

Dated: February 10, 2026
New York, New York

_____
ANALISA TORRES
United States District Judge