UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Traci Armstrong, et al., | |
| Plaintiffs, | 24-CV-06956 (RFT) |
| -against- | **ORDER** |
| Anna Elizabeth, et al., | |
| Defendants. | |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

A telephonic conference is scheduled for **Wednesday, February 25, 2026 at 11:00 AM.** The counsel for plaintiff and pro se defendant should be prepared to discuss the status of the case. The parties are directed to join the conference at the scheduled time. Please dial (646) 453-4442, Access Code: 699 345 72#.

DATED:  February 20, 2026
        New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge