UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Traci Armstrong, et al.,

                    Plaintiffs,

          -against-

Anna Elizabeth, et al.,

                    Defendants.

24-CV-06956 (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

As discussed at the status conference held on February 25, 2026:

1.      In light of Judge Torres' acceptance of Defendants' answer, the Clerk's Certificate of Default (ECF 56) is **VACATED**.

2.      The parties shall file the anticipated stipulation of dismissal of Magic & Miracles by **March 6, 2026**.

3.      The parties shall meet and confer and then file a joint proposed case management order on the form available on my page on the Court's website (https://nysd.uscourts.gov/hon-robyn-f-tarnofsky) by **March 6, 2026**. The proposed order shall set a deadline for completion of all discovery on or before **July 17, 2026**; and shall require the parties to file joint letters updating the Court on the status of discovery on the 1st and 15th day of each month (or the first business day thereafter) starting on **March 16, 2026** and continuing until the completion of all discovery.

4.      I will issue a separate order referring the parties to Court-annexed alternate dispute resolution, which shall take place on or before **May 18, 2026**.

The Clerk of Court is respectfully requested to vacate the Certificate of Default (ECF 56).

DATED:  February 25, 2026
        New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge