UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Traci Armstrong, et al., | |
| Plaintiffs, | 24-CV-06956 (RFT) |
| -against- | **ORDER** |
| Anna Elizabeth, et al., | |
| Defendants. | |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On February 25, 2026, I issued an Order directing the parties to file by March 6, 2026 a stipulation of dismissal as to Magic & Miracles, and a joint proposed case management order that sets deadline for completion of all discovery on or before July 17, 2026, and requires the parties to file joint letters updating the Court on the status of discovery on the 1st and 15th day of each month (or the first business day thereafter) starting on March 16, 2026 and continuing until the completion of all discovery. (*See* ECF 76 ¶¶ 2-3.) The parties have not complied.

Accordingly, I am nunc pro tunc extending the deadline until **March 18, 2026** for the parties to file (1) a stipulation of dismissal as to Magic & Miracles, (2) a joint proposed case management order consistent with my February 25, 2026 Order, and (3) a joint letter updating the Court on the status of discovery.

DATED:  March 17, 2026
         New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge