UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

_____X

Civ Act. No: 24-cv-6956 (AT)

TRACI ARMSTRONG and YOUR MUSE TRACI, LLC,
Plaintiffs,

v.

ANNA ELIZABETH and MAGIC & MIRACLES,
Defendants.

_____X


Dear Honorable Judge ROBYN F. TARNOFSKY,

At this time, I would like to inform the court that the Plaintiff's counsel did not return my communication after missing the deadline of March 27th to commence the exchange of information about the matter at hand in good faith. In my communication to counsel I had specifically asked to have the very videos of the Plaintiff in question that were taken down by Youtube for my review. This is what the Plaintiff is largely basing their claims on and their importance cannot be overstated, which no doubt the counsel was aware of and should have been ready to submit without my asking to do so. No response was received.

On March 23rd, I had to reach out to the counsel not once but twice, in order for him to finally submit the Stipulation of Voluntary Dismissal and The Proposed Case Management Plan quite literally almost at the eleventh hour. It was definitely my impression that had I not been consistent with reaching out to him that morning and that late evening, the submission most likely would not have been filed. The counsel's excuse was that he had to make "a few minor stylistic edits" to his client's statements. However, those statements were prepared well ahead of time, by March 11th, and mine were submitted to him on March 18th early in the morning and he had plenty of time to review his client's brief statements.

On March 24th, I had reached out to counsel to review and discuss the issue with the Deficiency of the Dismissal. His response was he was confused as to why Your Honor rejected the Dismissal and would investigate. No follow up occurred.

This kind of stalling behavior has been my experience even with being able to schedule the initial conference with Plaintiff's counsel, after speaking with you, Your Honor, on February 25th, our zoom conference finally occurring on March

10th, late in the evening. Nevertheless, counsel saw no issue with asking of me during our conference call to return the very complex document that the Case Management Plan is in less than 2 days, which I wasn't able to do, because I needed to do my due diligecce and ask for help from the Legal Clinic.

This behavior of delaying, stalling and hesitation is signaling to me loud and clear that this lawsuit has been indeed filed in bad faith. That the plaintiff has no legal argument or merit to stand on and is simply wasting the precious time of the court and its resources.

As I have outlined my position in the Case Management Plan in detail to Your Honor, I have lost everything in the last 2 years due to Plaintiff's actions: my reputation, my business relationships, business and my very livelihood.

I humbly and very respectfully, ask that this court dismiss this legal action with prejudice, impose sanctions and grant me any remedies the court sees fit, but most importantly recommend a criminal investigation into Plaintiff's misconduct, that I strongly believe happened to eliminate me as competition and take my place, steal my original ideas, my business and my very identity in the marketplace.

This is my only opportunity to make sure that the Plaintiff is held accountable for the actions I strongly believe and have evidence that strongly suggests that the Plaintiff more likely than not took and to make sure she will never be able to harm me, my business or my loved ones again, the only chance for me to recover my reputation and rejuvenate my dying business I so dearly love and worked so hard on.

I strongly believe that more than one federal crime has been committed by the Plaintiff and those she potentially recruited to help her, in order to silence me, profit from my rightfully owned business and its original ideas, to discredit me, harass me, destroy my impeccable reputation and influence my ability to defend myself in this legal matter, in order to influence the very outcome of this legal matter.

I think the Plaintiff is a danger to our society and if she is not held accountable, she will harm more people in the future.

I have proof that she has taken similar underhanded actions to cause damage to a competing business in the past and if not held accountable, I have no doubt in my mind, she will do it again.

My sincere hope is that you will find this request reasonable and agreeable and will act on it promptly. Your consent in this matter is my only hope for restoration of not only my business but my life as I knew it.

Annexed please find my communication with the counsel. Should the court authorize, I can provide more evidence to support my claims herein.


Sincerely and With Great Respect,


Anna Elizabeth

Dated 03.28.2026



From: **Jake Gilbert** >
To: Anna Elizabeth I >
Cc: Erin Suzukawa >
March 11, 2026 at 3:25 AM

## Re: Zoom Meeting at 9PM

Hi Anna,

As discussed earlier, please see the attached draft Rule 26(f) report with spaces for you to fill out. Please let me know if you have any questions, or any objections to any of the other sections. If not, and you provide us with your sections, we can get this on file.

Regards,
Jake Gilbert

_____

**Jake M. Gilbert** | jake@gilbertlaw.co
*Shareholder*
Gilbert Law PLLC
(646) 580 - 6733
www.gilbertlaw.co

CONFIDENTIALITY NOTICE - This email and any and all attachments hereto are for the sole and confidential use of the intended recipient. If you have received this message in error, please immediately contact us via ... email a... s not read... ...ibute, or take action in ... on ... ...ssage, ...tend... ... of its attachments. N... atto... ... ...vilege are waived through transmission of this message.



**From:** Anna Elizabeth I  >
**To:** Jake Gilbert  >
**Cc:** Erin@gilbertlaw.co  >
March 18, 2026 at 6:36 AM

## Final Draft of Case Management Proposal

Hi Jake,

I had to make a couple of small but very significant changes for complete accuracy in the draft. Please use this one and disregard the one I sent last night.



**2026 0306 - Armstrong - Elizabeth - DRAFT...**
46 KB

Thank you,

Anna





*Found in AE Sent Mailbox*

**From: Anna Elizabeth I** >
To: Jake Gilbert >
Cc: Erin@gilbertlaw.co >
March 23, 2026 at 11:06 AM

## Checking In

Hi Jake,

Just checking in with you to see why the paperwork still hasn't been filed. Is there some specific reason you're delaying this? I really want the Judge to read my testimony and get to know my side of the story. Please let me know if I should file it as a separate letter myself.

Many thanks,

Anna



**Siri Found a Contact**    Add    ×
Jake Gilbert
jake@gilbertlaw.co

To: Anna   Cc: Erin@gilbertlaw.co >



From: **Jake Gilbert** ＞
To: Anna Elizabeth I ＞
Cc: Erin@gilbertlaw.co ＞
March 23, 2026 at 2:59 PM

Hi Anna,

Thanks for checking in – I was just giving the newest draft of the joint report a final read through. I also made a few minor stylistic edits solely to Plaintiffs' position statements and I did not change any of your phrasing. I'm going to get this on file today, as well as the dismissal of M&M the entity, as we discussed.

Regards,
Jake Gilbert

_____

**Jake M. Gilbert** | jake@gilbertlaw.co
*Shareholder*
Gilbert Law PLLC
(646) 580 – 6733
www.gilbertlaw.co

CONFIDENTIALITY NOTICE – This email and any and all attachments here... ...tial use of the intended r... ...t. If yo... ...or, please immediatel... ...us via... ...ribute, or take action in... on this message, the contents, or any of its attachments. Neither attorney-client nor work product privilege are waived through the



✈ Found in AE Sent Mailbox

**From: Anna Elizabeth I** >
To: Jake Gilbert >
Cc: Erin@gilbertlaw.co >
March 23, 2026 at 10:20 PM

Hi Jake,

Was I supposed to answer something else for you? I'm a bit concerned since we do have a deadline today and it's late at night already.

Anna

On Mar 23, 2026, at 5:57 PM, Jake Gilbert <jake@gilbertlaw.co> wrote:

See More



**Siri Found a Contact**    Add    ✕
Jake Gilbert
jake@gilbertlaw.co

**Jake Gilbert**                    Monday
To: Anna   Cc: Erin@gilbertlaw.co >

Hi

No, nothing, we have filed both documents.



**Siri Found a Contact**
Jake Gilbert
jake@gilbertlaw.co     Add     ×

**JG**

From: **Jake Gilbert** >
To: Anna Elizabeth I >
Cc: Erin@gilbertlaw.co >
March 23, 2026 at 10:40 PM

Hi Anna,

No, nothing, we have filed both documents.

Regards,
Jake Gilbert

_____

**Jake M. Gilbert** | jake@gilbertlaw.co
*Shareholder*
Gilbert Law PLLC
(646) 580 - 6733
www.gilbertlaw.co

CONFIDENTIALITY NOTICE - This email and any and all attachments
hereto are for the sole and confidential use of the intended recipient. If
you have received this message in error, please immediately contact us
via return email and do not read, distribute, or take action in reliance
on this message, the contents, or any of its attachments. Neither
attorney-client nor work product privilege are waived through the
transmission of this message.





**From:** Anna Elizabeth I  >
**To:** Jake Gilbert  >
**Cc:** Erin@gilbertlaw.co  >
March 24, 2026 at 3:47 PM

## Signed Dismissal

Hi Jake,

So I see you submitted the dismissal that wasn't signed by you? Did you not know you had to do that?
Please let me know how we can both sign it this time.

Thank you,

Anna





**Jake Gilbert**

To: Anna    Cc: Erin@gilbertlaw.co >

## Re: Signed Dismissal

Hi Anna,

That wasn't the issue (I think). In federal court, it is regular practice to "electronically sign" documents by means of a "/s/ NAME" indicating that the party has agreed that the document may be submitted and considered signed (see https://www.nysd.uscourts.gov/sites/default/files/pdf/ecf_rules/ECF%20Rules%20020320%20v2.pdf). The problem is that you are appearing pro se and you can't sign on behalf of Magic & Miracles because it is an entity and requires an attorney in order to sign anything before a court. Further, because you previously had an attorney represent both parties, Magic & Miracles must agree to be dismissed.

I'm not exactly sure how to handle this strange situation because I haven't run across it before. I will reach out to the magistrate judge to see how she wants us to deal with this issue.





From: **Anna Elizabeth I** >
To: Jake Gilbert >
Cc: Erin@gilbertlaw.co >
Yesterday at 10:18 AM

## Discovery And Signed Dismissal

Hi Jake,

I hope this finds you well.
Please let me know the update on the
dismissal. And also let me know when you
will be providing the initial paperwork today.
Additionally, I would like to inform you, that I
forgot to include something in the discovery
plan management, and that is all the videos
of your client that were taken down by
YouTube.
I'd very much like to have those.

Thank you,

Anna

