UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Traci Armstrong, et al., | |
| Plaintiffs, | 24-CV-06956 (RFT) |
| -against- | **ORDER** |
| Anna Elizabeth, et al., | |
| Defendants. | |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

A telephonic conference is scheduled for **Thursday, April 9, 2026 at 11:00 am.** The parties should be prepared to discuss the letter motion at ECF 85. The parties are directed to join the conference at the scheduled time. Please dial (646) 453-4442, Access Code: 127 708 652#.

DATED:  March 31, 2026
       New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge