UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Traci Armstrong, et al.,

                    Plaintiffs,                          24-CV-06956 (RFT)

        -against-                                             **ORDER**

 Anna Elizabeth, et al.,

                    Defendants.

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

As discussed at the conference on April 9, 2026:

1.      If Defendant moves for leave to file an amended answer asserting counterclaims,

Plaintiff shall have two weeks to oppose, and Defendant shall have one week to file a reply in

further support.

2.      Plaintiff's motion to compel discovery (ECF 85) is DENIED as premature.

3.      The parties shall re-file a non-deficient stipulation of voluntary dismissal as to

the corporate defendant by **April 13, 2026**.

The Clerk of Court is respectfully requested to terminate ECF 85.

DATED:  April 9, 2026                              SO ORDERED.
        New York, NY

                                                  _____
                                                  **ROBYN F. TARNOFSKY**
                                                  United States Magistrate Judge