UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Traci Armstrong, et al.,<br><br>                    Plaintiffs,<br><br>        -against-<br><br> Anna Elizabeth, et al.,<br><br>                    Defendants. | 24-CV-06956 (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

This action is scheduled for a Telephone Conference on **May 8, 2026, at 10:30 AM**. The parties should be prepared to discuss the letter at ECF 93. The parties are directed to join the conference at the scheduled time by dialing **(646) 453-4442, Access Code: 957 288 281#.**

DATED:  April 22, 2026
          New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge