UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Traci Armstrong, et al., | |
| Plaintiffs, | 24-CV-06956 (RFT) |
| -against- | **ORDER** |
| Anna Elizabeth, et al., | |
| Defendants. | |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

Plaintiff's time to respond to initial discovery requests is extended until **May 18, 2026**, and Defendant's time to respond to initial discovery requests is extended until two weeks after the production of the videos at issue.

DATED:  May 8, 2026                                      SO ORDERED.
        New York, NY

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge