UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| TRACI ARMSTRONG, et al.,<br><br>                    Plaintiffs,<br><br>     -against-<br><br>ANNA ELIZABETH,<br><br>                   Defendants. | 24-CV-06956 (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

A telephonic discovery conference is scheduled for **Wednesday, May 27, 2026 at 11:00 AM.** Counsel for Plaintiff and pro se Defendant should be prepared to discuss Defendant's letter at ECF 97. The parties are directed to join the conference at the scheduled time. Please dial (646) 453-4442, Access Code: 487 736 355#.

DATED:  May 20, 2026
         New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge