UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRACI ARMSTRONG, et al., | |
| Plaintiffs, | 24-CV-06956 (RFT) |
| -against- | **ORDER** |
| ANNA ELIZABETH, | |
| Defendants. | |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

As discussed at the discovery conference held on May 27, 2026, Plaintiff shall promptly produce the YouTube videos in her possession to Defendant by Dropbox. The parties' next discovery update shall indicate whether Plaintiff will need to issue a subpoena to YouTube for the remaining videos. Defendant's time to move to amend her answer to include counterclaims is extended 30 days, until **June 29, 2026**.

DATED:  May 27, 2026          SO ORDERED.
        New York, NY

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge