UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRACI ARMSTRONG, et al., <br><br> Plaintiffs, <br><br> -against- <br><br> ANNA ELIZABETH, <br><br> Defendants. | 24-CV-06956 (RFT) <br><br> **ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

As discussed at the conference held on June 24, 2026, Defendant's anticipated motion to amend her answer to include counterclaims is not a basis for Plaintiff to fail to produce discovery relevant to Plaintiff's affirmative claims. Accordingly:

1. Plaintiff shall, by 5pm on **June 25, 2026**, provide Defendant with links to the remaining videos to which Plaintiff has access, on pain of sanctions. If Defendant has not received those materials by that time, she shall file a letter on the docket informing the Court. If Plaintiff subsequently locates additional videos, she shall provide them to Defendant within 24 hours.

2. Plaintiff shall, by 5pm on **June 29, 2026**, on pain of sanctions, produce to Defendant financial documents (including bank statements, tax returns, profit and loss statements, and balance sheets) supporting Plaintiff's claimed financial harm; letters between the parties relating to Plaintiff's claims; communications with the claims board relating to Plaintiff's claims; client lists; and documents reflecting client bookings. To the extent Plaintiff objected to producing any of these materials, those objections are overruled.

3.  Plaintiff shall have until **July 10, 2026** to provide her responses and objections to Defendant's RFAs.

4.  Defendant shall have until **July 13, 2026** to provide Plaintiff with revised objections and responses to Plaintiff's outstanding discovery requests.

5.  The deadline for completing all fact discovery, including depositions, is **August 7, 2026**.

6.  Defendant's deadline for moving to amend her answer remains **June 29, 2026**. Plaintiff's opposition shall be due by **July 20, 2026**. Defendant's reply in further support shall be due by **August 3, 2026**. Once the motion to amend is fully briefed, I will, if I deem it appropriate, issue a revised discovery schedule.

7.  Mediation shall take place in August 2026.

DATED:  June 24, 2026  
         New York, NY

SO ORDERED.

_____  
**ROBYN F. TARNOFSKY**  
United States Magistrate Judge