UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRACI ARMSTRONG, et al.,<br><br>Plaintiffs,<br><br>-against-<br><br>ANNA ELIZABETH,<br><br>Defendants. | 24-CV-06956 (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

As discussed at the discovery conference held on July 10, 2026, if either party needs an extension of time for completion of all discovery, then she may make an application on the docket after July 31, 2026.

DATED: July 10, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge