October 19th, 2026

By ECF

Hon. Judge Robyn F. Tarnofsky

United States District Court

Southern District of New York

500 Pearl Street

New York, NY 10007

Re: Armstrong et al v. Elizabeth Case No: 1:24-cv-06956-RFT

Dear Honorable Judge ROBYN F. TARNOFSKY,

I am submitting my request for additional time to respond to Plaintiff's opposition to my Amended Answer due to Legal Bar Justice Center's lack of availability to help me with it on such short notice. I respectfully ask Your Honor to grant me until November 30th, 2026 to be able to respond, as this is the necessary time for the Center to be able to assist me.

Thank you for your consideration of this request.

Respectfully,

Anna Elizabeth

A. Elizabeth

Application GRANTED. Defendant's deadline to file her reply in further support of her motion to amend her answer is extended until **November 30, 2026**.

Dated: October 19, 2026
New York, NY

SO ORDERED

ROBYN F. TARNOFSKY
UNITED STATES MAGISTRATE JUDGE

cc: Jake Gilbert
Gilbert Law PLLC

99 Wall Street #1748
New York, NY 10005
jake@gilbertlaw.co
646.580.6733